

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00397-CR

ANA TRUJILLO, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 338th District Court of Harris County.  (Tr. Ct. No. 1421621).

**TO THE 338TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 28th day of July 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on April 11, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered July 28, 2015.

Panel consists of Chief Justice Radack and Justices Brown and Lloyd. Opinion delivered by Justice Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

December 31, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

